FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 24 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 23-754 DHU |
| vs. | Count 1: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon; |
| **NATHANIEL BEGAY,** | |
| Defendant. | Count 2: 18 U.S.C. §§ 1153, 113(a)(3), and 3559(f)(3): Assault with a Dangerous Weapon; |
| | Count 3: 18 U.S.C. § 924(c)(1)(A)(iii): Using and Carrying a Firearm During and in Relation to a Crime of Violence, and Possessing a Firearm in Furtherance of Such Crime; Discharging Said Firearm. |

# INDICTMENT

The Grand Jury charges:

### Count 1

On or about April 28, 2022, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **NATHANIEL BEGAY**, an Indian, assaulted Jane Doe 1, John Doe 1, and John Doe 2, with a dangerous weapon, specifically, a pistol, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

### Count 2

On or about April 28, 2022, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **NATHANIEL BEGAY**, an Indian, assaulted John Doe 3, John Doe 4, Jane Doe 2, Jane Doe 3, and Jane Doe 4, all individuals under the age of 18, with a dangerous weapon, specifically, a pistol, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153, 113(a)(3), and 3559(f)(3).

### Count 3

On or about April 28, 2022, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **NATHANIEL BEGAY**, knowingly used and carried a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, assault with a dangerous weapon as charged in Counts 1 and 2 of this indictment, and possessed said firearm in furtherance of such crimes, and the firearm was discharged.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

### FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 924(c), the defendant, **NATHANIEL BEGAY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a.  A black Glock 9mm handgun used by **NATHANIEL BEGAY** on April 28, 2022; and

b.  A black Glock .45 handgun used by **NATHANIEL BEGAY** on April 28, 2022.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney